# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SUPER COOL PRODUCTS, INC.,**         Plaintiff,         v.  **BOEHRINGER LABORATORIES, LLC, BOEHRINGER LABORATORIES, INC.,** and **GBU, LLC,**         Defendants. | **CIVIL ACTION NO. 24-5158** |

## ORDER

**AND NOW,** this 30th day of September 2025, upon consideration of the parties' motions to dismiss, and the responses thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant GBU, LLC's Motion to Dismiss [Doc. No. 21] is **DENIED** and that Plaintiff's Motion to Dismiss [Doc. No. 31] is **GRANTED**. Defendant GBU, LLC is **ORDERED** to file an Answer to Plaintiff's Amended Complaint [Doc. No. 18] no later than 21 days after the docketing of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**